# EXHIBIT “A”

**CONSENT TO JOIN LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf, to contest the alleged failure of Children's Healthcare of Atlanta, Inc., and Scottish Rite Children's Medical Center, Inc. and/or their parents, subsidiaries, predecessors, successors, affiliated, and related companies ("Children's Healthcare of Atlanta, Inc., and Scottish Rite Children's Medical Center, Inc.") to pay me proper wages, including overtime wages, under federal and/or state law. I appoint Klafter Lesser LLP, Scott & Winters Law Firm, LLC and Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit, including any settlement of any and all claims(s) I have against Children's Healthcare of Atlanta, Inc., and Scottish Rite Children's Medical Center, Inc. are asserted in the lawsuit.

Zach Schellhase (Oct 21, 2026 18:17:32 EDT)
**Signature**

Oct 21, 2026
**Date**

Zach Schellhase
**Printed Name**